## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| VICKI J. BETHARD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 07-2536-CM-GLR |
| | ) | | |
| NCO FINANCIAL SYSTEMS, | ) | | |
| | ) | | |
| Defendant. | ) | **ORDER** | |

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint

on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT**

**SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: May 16, 2008          s/ Carlos Murguia
                              Judge of United States District Court